**Motion to Reinstate Granted, Memorandum Opinion filed May 8, 2014, Withdrawn, Appeal Reinstated, and Order filed May 29, 2014.**



### In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00197-CV
_____

**AUBREY R. JEFFERSON, Appellant**

**V.**

**UNITY NATIONAL BANK, Appellee**

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1004469**

## ORDER

On May 8, 2014, this court issued an opinion dismissing this appeal for want of prosecution for failure to make arrangements to pay for the clerk's record. On May 14, 2014, appellant filed a motion to reinstate the appeal on the grounds that he has made arrangements to pay for the record. The motion is **GRANTED**.

This court's opinion filed May 8, 2014, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.**

The clerk's record, filed May 14, 2014, reflects that appellant's motion for reconsideration in the trial court was not timely filed; therefore, the notice of appeal is untimely. The court will consider dismissal of the appeal on its own motion for want of jurisdiction unless any party files a response on or before **June 10, 2014**, showing meritorious grounds for continuing the appeal.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.